UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS ALBERT SOSNOWSKI,

    Plaintiff,

v.                                        CASE NO. 3:20cv5780-MCR-HTC

SHANNON XEUREB, et al.,

    Defendants.

_____/

## **O R D E R**

The magistrate judge issued a Report and Recommendation on November 15, 2020. ECF No. 16. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this Order.

2. Plaintiff's second amended complaint, ECF No. 14, is DISMISSED under 28 U.S.C. §1915A.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of January 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**